IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
CLEVELAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL NO. 3:21-cr-00210-001 |
| Plaintiff, | ) | |
| | ) | JUDGE JAMES R. KNEPP, II |
| vs. | ) | |
| CHRISTOPHER BALLARD, | ) | |
| Defendant. | ) | |

## DEFENDANT'S MOTION FOR LEAVE TO FILE UNDER SEAL

Now comes the Defendant, Christopher Ballard, by and through undersigned counsel, Friedman & Nemecek, L.L.C., and pursuant to Local Criminal Rule 49.4, hereby requests leave to file the Defendant's Memorandum in Support of Sentencing as well as all Exhibits under seal. Specifically, in anticipation of sentencing, Mr. Ballard requests leave of this Honorable Court to allow the undersigned to file a sentencing memorandum along with the accompanying exhibits under seal. In light of the sensitive and private nature of the mental health and personal information contained in this report, counsel respectfully moves to file the material separately and under seal.

**WHEREFORE,** the Defendant, Christopher Ballard, hereby respectfully requests that this Honorable Court issue an Order directing the Clerk of Courts to accept the Defendant's Memorandum in Support of Sentencing with Exhibits for filing in this case and to place the same under seal.