IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.: 3:21CR210 |
| | ) | |
| Plaintiff, | ) | JUDGE JAMES R. KNEPP, II |
| | ) | |
| v. | ) | |
| | ) | MOTION FOR LEAVE TO FILE EXHIBIT |
| CHRISTOPHER BALLARD | ) | 1 TO GOVERNMENT'S MOTION FOR |
| | ) | RESTITUTION UNDER SEAL |
| Defendant. | ) | |

Now comes the United States of America, by and through its counsel, Michelle M. Baeppler, First Assistant United States Attorney, and Tracey Ballard Tangeman, Assistant United States Attorney, and respectfully requests this Court grant the government permission to file Exhibit 1 to its Motion for Restitution under seal. The undersigned submits that the exhibit contains sensitive information that should not be available for public review.

        Respectfully submitted,

        MICHELLE M. BAEPPLER
        First Assistant United States Attorney

By:   /s/ *Tracey Ballard Tangeman*
        Tracey Ballard Tangeman (OH: 0069495)
        Assistant United States Attorney
        Four Seagate, Suite 308
        Toledo, OH 43604
        (419) 259-6376
        (419) 259-6360 (facsimile)
        Tracey.Tangeman@usdoj.gov